UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND , et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALASKA INDUSTRIAL LLC, an Alaska limited liability company,<br><br>Defendant. | NO. C19-121-TSZ<br><br>DEFAULT JUDGMENT |

## Summary of Default Judgment

Judgment Creditor:                      Operating Engineers Trust Funds
Judgment Debtor:                       Alaska Industrial LLC

<u>Amounts Payable to Plaintiff Fund</u>
Unpaid Contributions:                  $7,715.37
Liquidated Damages                   $2,711.10
Interest through March 21, 2019      $370.78
Interest thereafter (on unpaid
    contributions only)                  2.43% per annum from March 21, 2019

<u>Amounts Payable to Plaintiff Local Union</u>
Unpaid Union Dues:                   $523.24

<u>Amounts Payable to All Plaintiffs</u>
Attorneys Fees:                         $495.00
Costs:                                   $478.75
Other Recovery Amounts:             NONE
Interest Rate on Costs:                 NONE
Attorneys for Judgment
   Creditor:                            Reid, McCarthy, Ballew & Leahy, L.L.P.

Plaintiffs' motion for default judgment against Defendant Alaska Industrial LLC, docket no. 10, is GRANTED, and it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiffs be and hereby are awarded default judgment against Defendant in the amounts hereinafter listed, which amounts are due Plaintiffs by Defendant for its inclusive employment of members of the bargaining unit represented by Local 302 with which Defendant has a valid collective bargaining agreement and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the employment period November 2018 through January 2019: for contributions of $7,715.37, for Union dues of $523.24, for liquidated damages of $2,711.10, for pre-judgment interest of $370.78, for attorneys' fees of $495.00,[1] and for costs of $478.75; all for a total of $12,294.24, together with interest on unpaid contributions, pursuant to 28 U.S.C. § 1961, at the rate of two and forty-three hundredths of one percent (2.43%) per annum from March 21, 2019, until paid in full.

DATED this 17th day of April, 2019.

Thomas S. Zilly
United States District Judge

---

[1] Plaintiffs will not be awarded attorneys' fees for their unsuccessful motion for entry of default, docket no. 5, which was filed on February 21, 2019. Although plaintiffs subsequently prevailed on their renewed motion for entry of default, docket no. 8, they did not request attorneys' fees in connection with their renewed motion.